UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| U.S. BANDS & ORCHESTRA SUPPLIES, INC. d/b/a ST. LOUIS MUSIC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. REID AND ASSOCIATES, INC.,<br><br>Defendant. | No. 4:17-cv-02240-DDN<br><br>So ordered.<br>[signature] 3/15/18 |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff U.S. Bands & Orchestra Supplies, Inc., with consent of Defendant John E. Reid and Associates, Inc., dismisses with prejudice this action, with both parties to bear their own costs and attorneys' fees.

SCHULTZ & ASSOCIATES LLP

By: /s/ Ronald J. Eisenberg
Ronald J. Eisenberg, #48674MO
Robert Schultz, #35329MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005-1221
(636) 537-4645
Fax: (636) 537-2599
reisenberg@sl-lawyers.com
rschultz@sl-lawyers.com

*Attorneys for Plaintiff*

1